UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

XIAOFAN GONG, ET AL.,

Plaintiffs,

v.

JOSEPH B. ELDOW, DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

No. 8:25-cv-02007-ADS

**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Hon. Autumn D. Spaeth
United States Magistrate Judge

Having read and considered the *Ex Parte* Application for Extension of Time to Respond to Complaint submitted by Defendant, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendant may have an extension of time, up to and including **February 17, 2026**, to respond to Plaintiffs' Complaint.

Dated: January 16, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge