UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

XIAOFAN GONG, ET AL.,

Plaintiffs,

v.

JOSEPH B. EDLOW DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 8:25-cv-02007-ADS

**ORDER STAYING CASE PENDING ADJUDICATION OF PETITIONS.**

The Court, having considered the parties' Stipulation to Stay Case Pending Adjudication of Petitions, and good cause appearing therefor,

IT IS HEAREBY ORDERED that this case is STAYED until July 2, 2026.

Dated: April 8, 2026

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge